# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-01414

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-27743-GBN |
| Missouri Realty, LLC | Chapter 11 |
| Debtor. | OBJECTION TO 11 AMENDED PLAN |
| The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. | |
| Secured Creditor, | |
| vs. | |
| Missouri Realty, LLC, Debtors; U.S. Trustee, Trustee. | |
| Respondents. | |

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan

Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust

2005-5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtor for the following reasons:

1. The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., files this response to the proposed 11 Plan of the Debtor. The Chapter 11 Plan provides for an impermissible cram down of The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.'s lien interest on the real property commonly known as 8114 East Mitchell Drive, Scottsdale AZ 85251.

2. The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., objects to the value of the subject real property as Debtor arbitrarily proposes that the fair market value of Secured Creditor's claim is $135,500.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

…

…

…

…

WHEREFORE, secured creditor prays as follows:

      (1) That the 11 Plan be denied.

      (2) For such other relief as this Court deems proper.

DATED this 7th day of April, 2010.

                      Respectfully submitted,

                      TIFFANY & BOSCO, P.A.

                      BY   /s/ MSB # 010167
                              Mark S. Bosco
                              Leonard J. McDonald
                              Attorneys for Secured Creditor

COPY of the foregoing mailed
April 7, 2010 to:

Missouri Realty, LLC
622n W. Linger Ln.
Phoenix, AZ  85021
Debtor

Mark J. Giunta
1413 N. 3rd St.
Phoenix, AZ 85004-1612
Attorney for Debtor

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003
Trustee

American Home Mortgage Servicing, Inc.
4875 Belfort Rd.
Suite 130
Jacksonville, FL 32256-6059

M & I Marshall & Ilsley Bank, NA
c/o Folks & O'Connor
1850 N. Central Avenue
#1140
Phoenix, AZ 85004

America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

America Home Mortgage Servicing, Inc.
1525 S. Beltline Road
Suite 100 N.
Coppell, TX 75019-4913

Deutsche Bank National Trust Co.
Malcom Cisneros
2112 Business Center Drive
Second Floor
Irvine, CA 92612-7135

America Servicing Company
PO Box 10388
Des Moines, IA 50306-0388

American Home Mortgage
P.O Box 631730
Irving, TX 75063-0002

Bank of America Home Loan
PO Box 5170
Simi Valley, CA 93062-5170

CitiMortgage, Inc.
PO Box 140609
Irving, TX 75014-0609

Chase Home Finance
PO Box 24696
Columbus, OH 43224-0696

Chase Home Finance
PO Box 78420
Phoenix, AZ 85062-8420

CitiMortgage, Inc.
PO Box 944
Gaithersburg, MD 20884

Donald Park
622 W. Linger Ln.
Phoenix, AZ 85021-7264

Everhome Mortgage Company
C/O Mark S. Bosco
2525 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016

Everhome Mortgage Company
PO Box 2167
Jacksonville, FL 32232-0004

Linda Fowler, CPA
227 East Mano Drive
New River, AZ 85087-7915

M & I Bank
770 North Water Street
Milwaukee, WI 53202-3593

M & I Bank
622 W. Linger Ln.
Phoenix, AZ 85021-7264

National City Mortgage
PO Box 1820
Dayton, OH 45401-1820

Ocwen Loan Servicing
PO Box 785057
Orlando, FL 32878-5057

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003-1725

Washington Mutual Bank
PO Box 100576
Florence, SC 29502-0576

By: Julie Purvis