# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-32145

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-27743-GBN |
| Missouri Realty, LLC | Chapter 11 |
| Debtor. | OBJECTION TO 11 PLAN |
| Chase Home Finance LLC | |
| Secured Creditor, | |
| vs. | |
| Missouri Realty, LLC, Debtors; U.S. Trustee, Trustee. | |
| Respondents. | |

Chase Home Finance LLC, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtor for the following reasons:

Chase Home Finance LLC, files this response to the proposed 11 Plan of the Debtor. The Chapter 11 Plan provides for an impermissible cram down of Chase Home Finance LLC's lien interest on the real property commonly known as 921 East Amelia Avenue, Phoenix AZ 85014.

Chase Home Finance LLC, objects to the value of the subject real property as Debtor arbitrarily proposes that the fair market value of Secured Creditor's claim is $30,000.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 26th day of April, 2010.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
April 26, 2010 to:

Missouri Realty, LLC
622 W. Linger Ln.
Phoenix, AZ 85021
Debtor

Mark J. Giunta
1413 N. 3rd St.
Phoenix, AZ 85004-1612
Attorney for Debtor

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

By: April Crane