# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-29619/XXXXXX3498

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Missouri Realty, LLC.<br><br>Debtor.<br><br>Everhome Mortgage Company<br><br>Secured Creditor,<br>vs.<br><br>Missouri Realty, LLC., Debtors; U.S. Trustee, Trustee.<br><br>Respondents. | No. 2:09-bk-27743-GBN<br><br>Chapter 11<br><br>OBJECTION TO 11 AMENDED PLAN |

Everhome Mortgage Company, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Amended Plan filed by the Debtor for the following reasons:

Everhome Mortgage Company, files this response to the proposed 11 Amended Plan of the Debtor. The Chapter 11 Amended Plan provides for an impermissible cram down of Everhome Mortgage Company's lien interest on the real property commonly known as 801 S. 1st Ave., Phoenix AZ 85003.

Everhome Mortgage Company, objects to the value of the subject real property as Debtor arbitrarily proposes that the fair market value $25,000.00 of Secured Creditor's claim is without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

Everhome Mortgage Company, objects to the proposed interest rate terms for the subject real property as Debtor proposes to pay the interest rate at 5.25% per annum interest. These terms are not reasonable under current market conditions and in light of the debtors past payment history.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Amended Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 4th day of May, 2010.

                                    Respectfully submitted,

                                    TIFFANY & BOSCO, P.A.

                                    BY /s/ MSB # 010167
                                        Mark S. Bosco
                                        Leonard J. McDonald
                                        Attorneys for Secured Creditor

COPY of the foregoing mailed
May 4, 2010 to:

Missouri Realty, LLC.
622 W. Linger Ln.
Phoenix, AZ 85021
Debtor

Mark J. Giunta
1413 N. 3rd St.
Phoenix, AZ 85004-1612
Attorney for Debtor

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

By: April Crane