# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MISSOURI REALTY, LLC |
| **Case Number:** | 2:09-bk-27743-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MAY 25, 2010 01:30 PM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matters:*

1) HEARING RE: FIRST AMENDED PLAN OF REORGANIZATION.
   **R / M #:**   115 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY.(7749 West Boca Raton Road, Peoria, AZ 85381)(FR. 03-04 & 04-19)
   **R / M #:**   48 / 0

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY. (10554 East Arbor Avenue, Mesa, AZ 85208)(FR. 04-19)
   **R / M #:**   109 / 0

4) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY.(7912 West Whyman Avenue, Phoenix, AZ 85043)(RESET FR. 04-06)(FR. 04-19)
   **R / M #:**   88 / 0

5) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AMERICAN HOME MORTGAGE. (FR. 05-13)
   **R / M #:**   98 / 0

## *Appearances:*

MARK J. GIUNTA, ATTORNEY FOR MISSOURI REALTY, LLC
EUGENE F. O'CONNOR II, ATTORNEY FOR M&I MARSHALL & ILSLEY BANK
DARYL J. DORSEY, ATTORNEY FOR EVERHOME MORTGAGE COMPANY
MATTHEW S. SILVERMAN, ATTORNEY FOR AMERICAN HOME MORTGAGE, DEUTSCHE BANK NATIONAL TRUST

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:09-bk-27743-GBN          TUESDAY, MAY 25, 2010 01:30 PM

## *Proceedings:*

ITEM #1
MR. GIUNTA IS PREPARED TO GO THROUGH SPECIFICS WITH THE BALLOT TALLY.

THE COURT RESPONDS THAT IT IS UNDERSTOOD THAT THERE ARE ACCEPTING IMPAIRED CLASSES, EXPECTING THAT THE OBJECTIONS WILL BE DEALT WITH.

MR. GIUNTA CONTINUES TO SUMMARIZE MATTERS, INCLUDING THAT THERE IS STIPULATED TREATMENT WITH THE M&I CLAIM. A FINAL HEARING IS SOUGHT, ALONG WITH A PRETRIAL. MR. GIUNTA SEEKS TO HAVE THE DISCLOSURE OF EXPERT REPORTS FILED IN THIRTY DAYS.

MR. DORSEY RECOMMENDS CONTINUING THE HEARING AS A STATUS HEARING TO ALLOW FOR NEGOTIATIONS.

MR. SILVERMAN ALSO IS AGREEABLE TO A CONTINUANCE, AS THEY ARE SEEKING APPRAISALS.

MR. O'CONNOR ADVISES THAT THEY HAVE AN AGREEMENT AND STIPULATION WITH THE DEBTOR.

THE COURT: DEADLINES WILL NOT BE IMPOSED AT THIS TIME. A CONTINUED STATUS HEARING WILL BE HELD ON JUNE 28, 2010 @ 11:30 A.M.

ITEM #2 THROUGH #5
THE COURT: PENDING FURTHER ORDER, THE AUTOMATIC STAY REMAINS IN EFFECT. A CONTINUED HEARING WILL BE HELD ON JUNE 28, 2010 AT 11:30 A.M.