# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MISSOURI REALTY, LLC | | |
| **Case Number:** | 2:09-bk-27743-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 25, 2010 09:00 AM 7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

EVIDENTIARY HEARING RE: VALUATION AND OBJECTIONS TO PLAN CONFIRMATION.

**R / M #:** 115 / 0

## *Appearances:*

MARK J. GIUNTA, ATTORNEY FOR MISSOURI REALTY, LLC
DARYL J. DORSEY, ATTORNEY FOR EVERHOME MORTGAGE COMPANY
MATTHEW S. SILVERMAN, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST COMPANY

## *Proceedings:*

MR. GIUNTA INFORMS THE COURT THAT THE PARTIES HAVE REACHED A LARGE NUMBER OF STIPULATION. THERE ARE A REMAINING FOUR PROPOSALS OUT NOW FOR STIPULATIONS. THE COUNSEL PRESENT HAVE NOT OBJECTED TO THE WITNESS AND EXHIBIT LISTING. THE TERMS OF THE STIPULATIONS ARE LISTED AND RECITED, INCLUDING THE NOTATION OF THE DECLARATION OF DONALD PARK. IT IS PREFERRED TO LODGE AN ORDER AFTER ALL OF THE STIPULATION ARE FILED. THE ACCEPTANCE OF SPECIFIC CLASSES IS REVIEWED. THE STILL REJECTING CLASSES ARE REVIEWED. IT IS SUMMARIZED THE DEBTOR'S EVIDENCE OF VALUE. ADDITIONALLY, THE CREDITOR HAS NOT FILED A LIST OF WITNESSES OR EXHIBITS.

MR. SILVERMAN RESPONDS, STATING WHICH PROPERTIES DO NOT STIPULATIONS FROM HIS CLIENTS. IT IS REQUESTED TO SIGN OFF ON A CONFIRMATION ORDER. THE ONLY ISSUE IS BASICALLY THAT THE ACCOUNT HAS BEEN FROZEN.

MR. GIUNTA STATES THE REASONS TO COMPEL CONFIRMATION AS SOON AS POSSIBLE. DUE TO THE VOLUME OF STIPULATIONS, THERE IS A TIME CONSTRAINT.

THE COURT REPEATS THAT DEADLINES WERE ESTABLISHED. THE COURT IS INCLINED TO NOT GRANT THE CONTINUANCE.

MR. DORSEY REPORTS THAT THERE IS A MORATORIUM GOING ON WITH SOME OF HIS CLIENTS. MR. DORSEY ADDS THAT HE DOES NOT HAVE TIME TO SIGN OFF ON A CONFIRMATION ORDER.

AGAIN THE COURT REPEATS THAT DEADLINES WERE ESTABLISHED WITH NO LISTING FROM THIS PARTY.

NEITHER MR. DORSEY OR MR. SILVERMAN WITH TO CROSS ANY WITNESS.

THE COURT: THE COURT WILL ACCEPT THE REPRESENTATION OF BOTH WITNESSES. THE COURT WILL SIGN THE CONFIRMATION WHEN IT IS READY. A POST CONFIRMATION STATUS HEARING IS SET FOR JANUARY 25, 2011 AT 9:30 A.M.